.. MAURICE L. STRICKLAND *vs.* PEERLESS CASUALTY COMPANY.

Kennebec County. Decided March 22, 1915. This is an action of assumpsit to recover sick benefits under a policy of insurance. The jury rendered a verdict in favor of plaintiff for the sum of one hundred and fifty-five dollars and twenty-five cents, the full amount claimed for sickness between April 20, 1912 and July 27, 1912. The defendant brings the case before us upon bill of exceptions and the usual motion for new trial.

The defendant does not press its exceptions, but relies wholly upon its motion. Exceptions and motion overruled. *Williamson, Burleigh & McLean*, for plaintiff. *F. W. Clair, and Charles G. Keene*, for defendant.